Quinn, of New York City, for respondent. No opinion. Order affirmed, with $10. costs and disbursements. Order filed.

STAUBITZ, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Henry C. Staubitz against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence on the question of defendant's negligence.

KRUSE, P. J., and ROBSON, J., dissent.

STEGER & SONS PIANO MFG. CO., Respondent, v. MUSICAL COURIER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Steger & Sons Piano Manufacturing Company against the Musical Courier Company and others. E. A. Alexander, of New York City, for appellants. C. McMillan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. Order filed.

STEM v. WARREN et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Allen H. Stem against Whitney Warren and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 536, 146 N. Y. Supp. 591.

STEMMERMAN, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William C. Stemmerman against William Kelly. L. L. Kellogg, of New York City, for appellant. H. B. Johnson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 735, 135 N. Y. Supp. 827.

STEWART, Respondent, v. NEWBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Alexander Stewart against Herbert A. Newbury and others. No opinion. Judgment and order unanimously affirmed, with costs. Motion for rehearing or for leave of appeal denied, in 147 N. Y. Supp. 1144.

STEWART, Respondent, v. NEWBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Alexander Stewart against Herbert A. Newbury and others. No opinion. Motion for reargument or for leave to appeal to the Court of Appeals denied. For former decision, see 147 N. Y. Supp. 1144.

STINNER v. UNION RY. CO. OF NEW YORK CITY. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by John C. Stinner against the Union Railway Company of New York City. No opinion. Application granted. Order signed.

STUART, Appellant, v. NORTHRUP, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Malvina Stuart against Mrs. Gilbert Northrup.

PER CURIAM. Judgment of County Court reversed, and judgment of Justice's Court reinstated, with costs to appellant in this court and in County Court. Held, that the defendant, not having given the undertaking as required by section 2952 of the Code of Civil Procedure, was precluded in her defense from drawing the title in question. Section 2955, Code of Civil Procedure.

SULLIVAN v. KNAUTH et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Joseph Sullivan against Wilhelm Knauth and others. No opinion. Motion granted. Order filed.

SULLY, Respondent, v. TIFFANY & CO., Appellants. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Emma F. Sully against Tiffany & Co. C. A. Jayne, of New York City, for appellants. J. J. Lordan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 158 App. Div. 931, 143 N. Y. Supp. 1145; 147 N. Y. Supp. 1088.

SUTHERLAND, Respondent, v. SUTHERLAND et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Charles H. Sutherland against Sarah E. Sutherland and another. No opinion. Order affirmed, without costs.

SWART, Respondent, v. LITTLE FALLS FIBRE CO., Appellant. (Supreme Court, Appellate Division, Third Department, May 6, 1914.) Action by Abram B. Swart, Jr., an infant, by Margaret Swart, his guardian ad litem, against the Little Falls Fibre Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1144.

SWART, Respondent, v. LITTLE FALLS FIBRE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Abram Swart, Jr., an infant, by Margaret Swart, his guardian ad litem, against the Little Falls Fibre Company. No opinion. Motion denied. See, also, 147 N. Y. Supp. 1144.

SWETMAN v. NEW YORK STATE RYS. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Hedley Swetman against the New York State Railways. No opinion. Motion granted and appeal dismissed, with costs.

TAGGART, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13,